LOUISVILLE & NASHVILLE RAILROAD COMPANY v. HOWARD.

[Nos. 5,398 and 5,927.　Filed December 11, 1906.　Rehearing denied March 15, 1907.]

From Gibson Circuit Court; *O. M. Welborn*, Judge.

Action by Silas G. Howard against the Louisville & Nashville Railroad Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

*Gilchrist & DeBruler*, for appellant.

*G. V. Menzies* and *Charles M. Spencer*, for appellee.

PER CURIAM.—Reversed upon the authority of *Louisville, etc., R. Co.* v. *Vinyard* (1907), *ante*, 628. Costs occasioned by the appeal in No. 5,927 are taxed to the appellant, and the cause is remanded for further proceedings.